IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHI WILSON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RAWLE & HENDERSON LLP, | : | NO.  11-4636 |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *2nd* day of *November*, 2011, upon consideration of Defendant Rawle & Henderson LLP's Motion to Dismiss the First Amended Complaint for Failure to State a Claim or in the Alternative for Summary Judgment (Docket No. 6); Plaintiff Cathi Wilson's Response in Opposition (Docket No. 7); Defendant's Letter Reply (Docket No. 9); and Plaintiff's Letter Reply (Not Docketed), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


 *s/ Ronald L. Buckwalte r*
RONALD L. BUCKWALTER, S.J.